## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HUEY J. CHERAMIE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-343 |
| | ) | |
| DAMON S. JUDD, and KRG CAPITAL | ) | Section: "N"   Division: (3) |
| MANAGEMENT, L.P. d/b/a KRG | ) | |
| CAPITAL PARTNERS, L.L.C. | ) | Honorable Judge: Kurt D. Englehardt |
| | ) | |
| Defendants. | ) | Magistrate: Daniel E. Knowles, III |

## DEFENDANT KRG'S MOTION FOR SUMMARY JUDGMENT

Now into the Court, through undersigned counsel, comes Defendant KRG Capital Management, L.P. d/b/a KRG Capital Partners (hereinafter "KRG"), and requests that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, the Court grant summary judgment in favor of KRG on all of Plaintiff Huey Cheramie's claims.  KRG is entitled to judgment as a matter of law because Plaintiff previously admitted that no enforceable agreement existed for the repurchase of his shares, and Plaintiff now is precluded from relitigating the issue.  Furthermore, the alleged oral promise to repurchase Plaintiff's shares is unenforceable under the terms of the written agreements governing the transfer of Plaintiff's shares.  Finally, any evidence of such an agreement is inadmissible parol evidence.

1

The basis for KRG's motion is set out more fully in the memorandum filed contemporaneously herewith and is supported by the exhibits thereto.

WHEREFORE, Defendant KRG prays that its motion be granted and that the Court enter summary judgment in favor of KRG and against Plaintiff on each of his claims.

Respectfully submitted this 20th day of August, 2010.

KRG CAPITAL MANAGEMENT, L.P. d/b/a KRG CAPITAL PARTNERS, L.L.C.

BY: HOGAN LOVELLS US LLP

s/ Clayton C. James
Clayton C. James (State of CO #26110)
Hogan Lovells US LLP
1200 17th Street, Suite 1500
Denver, CO 80203
Tel:  303-899-7300
Fax:  303-899-7333
clay.james@hoganlovells.com

FOWLER RODRIGUEZ VALDES-FAULI

s/ John A. Scialdone
John A. Scialdone (LAB #21859)
Fowler Rodriguez Valdes-Fauli
2505 14th Street, Suite 500
Gulfport, Mississippi 39501
Tel:  228-822-9340
Fax:  228-822-9343

ATTORNEYS FOR DEFENDANT,
KRG Capital Management, L.P.

2

\\\DE - 068655/000041 - 460398 v6

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2010, I electronically filed **DEFENDANT KRG'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing on the following via electronic mail:

John J. Broders
Jane H. Heidingsfelder
William C. Baldwin
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue – 50th Floor
New Orleans, LA  70170-5100

s/ Clayton C. James
Clayton C. James (State of CO #26110)
Hogan Lovells US LLP
1200 17th Street, Suite 1500
Denver, CO 80203
Tel:  303-899-7300
Fax:  303-899-7333
clay.james@hoganlovells.com

\\\DE - 068655/000041 - 460398 v6